UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHALIONDA BERRY<br><br>*Plaintiff*,<br><br>v.<br><br>WHITE CASTLE SYSTEM INC.<br><br>*Defendant*. | 16-cv-470 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims asserted in the above captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing the action with prejudice and without fees, costs, or expenses.

| | |
|---|---|
| HINSHAW & CULBERTSON LLP<br>Attorney Leigh C. Bonsall<br>222 North LaSalle St.<br>Chicago, IL 60601<br>312-704-3000<br>lbonsall@hinshawlaw.com | ACCESSIBILITY LAW GROUP<br>John L. Steele<br>500 Michigan Avenue, Suite 600<br>Chicago, Illinois 60611<br>312-396-4154<br>jsteele@accessibilitylawgroup.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |